# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **TONY AL-BESHRAWI,** | ) | Case No. 5:06cv369 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| **ELAINE L. CHAO, Secretary, U.S.,** | ) | |
| **Department of Labor, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment is granted in its entirety.  This action is hereby dismissed.

    **IT IS SO ORDERED**.


Dated:  April 23, 2007                                                         *s/ Sara Lioi*
                                                                                      Sara Lioi
                                                                                      United States District Judge